IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSA RODRÍGUEZ-VÁZQUEZ,<br><br>**Plaintiff,**<br><br>v.<br><br>**CONSEJO DE TITULARES DEL CONDOMINIO EL CANTON MALL,**<br><br>**Defendant** | **CIVIL NO. 15-2633 (PAD)** |

**ORDER**

Before the court is defendant Consejo de Titulares del Condominio Centro Comercial El Canton Mall's "Motion to Dismiss" (Docket No. 32), which plaintiff opposed (Docket No. 34). Defendant replied (Docket No. 39). The motion was referred to Magistrate Judge Bruce J. McGiverin, who issued a Report and Recommendation (Docket Nos. 57 and 78), to which no objections have been filed.[1]

The court has made an independent, *de novo*, examination of the record. This review confirms that the magistrate judge's findings are well supported in the record and the law. As such, the court finds no reason to deviate from his recommendation.

Accordingly, the Court hereby ADOPTS in its entirety the magistrate judge's report for the reasons stated therein (Docket No. 78), and accordingly DENIES defendant's motion to dismiss.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of March, 2017.

s/Pedro A. Delgado-Hernández<br>PEDRO A. DELGADO-HERNÁNDEZ<br>United States District Judge

---

[1] The court granted defendant two extensions of time to file objections to the Report and Recommendation. See, Docket Nos. 81, 83. The deadline passed and defendant never objected.